UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN MARC VAN DEN HEUVEL,<br><br>Plaintiff,<br><br>v.<br><br>ROCKET LAWYER,<br><br>Defendant. | No. 2:23-cv-02568-DC-CSK (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION<br><br>(Doc. No. 8) |

Plaintiff Jean Marc Van den Heuvel proceeds *pro se* and *in forma pauperis* in this civil action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 18, 2024, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed due to Plaintiff's failure to allege subject matter jurisdiction and failure to state a cognizable claim  (Doc. No. 8.) The magistrate judge further concluded that "[i]n light of the Court's lack of subject matter jurisdiction in addition to the naming of what appears to be a fictitious defendant ('Rocket Lawyer Embezler [sic] Extraordinaire Bank Account Withdrawls [sic]') and the Complaint's deficiencies, it appears granting leave to amend would be futile." (*Id.* at 5.) Thus, the magistrate judge recommends dismissal of Plaintiff's complaint without leave to amend. (*Id.*)

The pending findings and recommendations were served on the parties and contained

1

notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.*) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on October 18, 2024 (Doc. No. 8) are adopted in full;
2. Plaintiff's complaint is dismissed without leave to amend; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **November 12, 2024**

Dena Coggins
United States District Judge

2